IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **VYONDA JEAN LOWE**, *Individually and as the Administrator of the Estate of Robert Eugene Lowe and on behalf of all Wrongful Death Beneficiaries of Robert Eugene Lowe, Deceased* | § § § § § § | |
| v. | § § | NO. 1:11-CV-272 |
| **TYLER COUNTY, TEXAS; DAVID HENNIGAN**, *in his Official Capacity as the Sheriff of Tyler County, Texas*; **JEFFREY MASHAW**, *in his Official Capacity as a Deputy Sheriff of Tyler, County, Texas*; **BRYAN WEATHERFORD**, *in his Official Capacity as Justice of the Peace, Precinct 1, Tyler County, Texas*; **AND HOUSTON SPCA** | § § § § § § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On September 10, 2012, the Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. (Doc. No. 27.) The Court has received and considered the report of the magistrate judge (Doc. No. 30), who recommends that the Court grant the "County Defendants' Motion for Summary Judgment" (Doc. No. 21) and grant in part the "Houston SPCA's Motion for Summary Judgment" (Doc. No. 25). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's report and recommendation (Doc. No. 30) is **ADOPTED**; the "County Defendants' Motion for Summary Judgment" (Doc. No. 21) is **GRANTED**; the "Houston SPCA's Motion for Summary Judgment" (Doc. No. 25) is

**GRANTED IN PART**; the Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**; and the Plaintiff's claims under state law are **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this the 25 day of **February, 2013.**

                              _____
                              Thad Heartfield
                              United States District Judge